UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL W. NELSON,

    Petitioner,

v.                                                  CASE NO. 5:18cv264-MCR/MJF

STEVEN PARKER, et al.,

    Respondents.

_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 9, 2019. ECF No. 66. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

(2) This case is transferred to the United States District Court for the Southern District of Florida.

(3) The clerk of the court for the United States District Court for the Northern District of Florida is directed to close the file for this case.

**DONE AND ORDERED** this 11th day of February 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

5:18-cv-264-MCR/MJF